JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AP MECHANICAL INC., et al., <br><br> Defendants. | Case No. CV 14-8667 FMO (AGRx) <br><br> **JUDGMENT** |

Pursuant to the Court's Orders of May 15, 2015, and the Order Re: Motion for Default Judgment issued contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

1. Judgment is hereby entered in favor of plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Southern California Pipe Trades Pensioners and Surviving Spouses Health Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, and Trustees of the International Training Fund (collectively, "plaintiffs"), and against defendants AP Mechanical Inc. and Rogelio Arellano Jr. in the following amounts:

| Damages | Amount | Liability against defendants |
|---|---|---|
| unpaid contributions | $32,753.33 | joint and several |
| liquidated damages | $6,550.67 | joint and several |
| late fees | $4,000.00 | joint and several |
| interest (as of Oct. 15, 2015) | $6,746.07 | joint and several |
| post-judgment interest | 18% per annum (unpaid contributions) | joint and several |
| attorney's fees | $6,656.00 | joint and several |
| costs | $900.50 | joint and several |
| attorney's fees | $9,027.00 | individually against Arellano |
| costs | $680.13 | individually against Arellano |

Dated this 26th day of October, 2015.

/s/
Fernando M. Olguin
United States District Judge

2